■ In the Matter of DAVID UMFREY, Petitioner, v PATRICK H. NEMOYER, as County Attorney of the County of Erie, et al., Appellants, and ROBERT ABRAMS, as Attorney-General of the State of New York, Respondent.—Judgment unanimously affirmed without costs. Memorandum: We affirm for reasons stated in the decision at Supreme Court (Gossel, J.). We add only that the County's argument that the State must share liability as a joint employer is made for the first time on appeal and therefore is unpreserved for our review. (Appeal from Judgment of Supreme Court, Erie County, Gossel, J.—Article 78.) Present—Doerr, J. P., Boomer, Pine, Balio and Davis, JJ.